IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of COMSCORE, INC., <br><br>                    Plaintiff, <br><br>         v. <br><br> GIAN M. FULGONI, et al., <br><br>                    Defendants. <br>         ~and~ <br><br> COMSCORE, INC., a Delaware corporation, <br><br>                    Nominal Defendant. | 1:16-cv-09855-JGK <br><br> **ORDER TO ADMIT JENNIFER QUINN-BARABANOV <u>PRO HAC VICE</u>** |

The motion of Jennifer Quinn-Barabanov for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the State of New York and the District of Columbia; and that her contact information is as follows:

> Jennifer Quinn-Barabanov
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> Tel: (202) 429-8027
> jquinnba@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Serge Matta, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
       New York, New York

                                                                       _____
                                                                         United States District /Magistrate Judge