Case 1:17-cv-01245-JGK   Document 44   Filed 04/25/17   Page 1 of 13

Koeltl, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/25/17

——————————————————————— x
WAYNE COUNTY EMPLOYEES' : Civil Action No. 1:16-cv-09855 (JGK)
RETIREMENT SYSTEM, Derivatively on :
Behalf of COMSCORE, INC., : STIPULATION CONSOLIDATING
: ACTIONS AND APPOINTING LEAD
Plaintiff, : COUNSEL
:
vs. :
:
GIAN M. FULGONI, et al., :
:
Defendants, :
:
– and – :
:
COMSCORE, INC., a Delaware corporation, :
:
Nominal Defendant. :
——————————————————————— x
MICHAEL C. DONATELLO, derivatively on : Civil Action No. 1:17-cv-01245 (JGK)
behalf of COMSCORE, INC., :
: ECF CASE
Plaintiff, :
:
vs. :
GIAN M. FULGONI, WILLIAM P. :
LIVEK, SERGE MATTA, MAGID M. :
ABRAHAM, DAVID I. CHEMEROW, :
MELVIN F. WESLEY III, KENNETH J. :
TARPEY, WILLIAM J. HENDERSON, :
WILLIAM E. ENGEL, RUSSELL :
FRADIN, RONALD J. KORN, BRENT D. :
ROSENTHAL, JEFFREY GANEK, :
WILLIAM KATZ, JOAN M. LEWIS, and :
PATRICIA A. GOTTESMAN, :
:
Defendants, :
:
– and – :
:
COMSCORE, INC., a Delaware corporation, :
:
Nominal Defendant. :
——————————————————————— x

1239237_1

WHEREAS, there are presently two shareholder derivative actions on behalf of nominal defendant comScore, Inc. ("comScore" or the "Company") pending in this Court, as follows:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Wayne County Employees' Retirement System* | 1:16-cv-09855 | December 21, 2016 |
| *Donatello v. Fulgoni* | 1:17-cv-01245 | February 17, 2017 |

WHEREAS, *Wayne County Employees' Retirement System* and *Donatello* (together, the "Actions") assert breach of fiduciary duty and related claims on behalf of comScore against certain of its current and/or former directors and top officers that arise from the same or substantially similar facts, occurrences and transactions;

WHEREAS, the parties known to be presently represented have met and conferred and agree that the Actions should be consolidated under Rule 42(a) of the Federal Rules of Civil Procedure, and that consolidation of the Actions will promote judicial economy and preserve both public and private resources;

WHEREAS, counsel for plaintiffs in the Actions have met and conferred and agree that the law firm of Robbins Geller Rudman & Dowd LLP should be appointed lead counsel for plaintiffs in the Actions;

WHEREAS, defendants known to be presently represented and comScore take no position as to the appointment of lead counsel for plaintiffs in the Actions; and

WHEREAS, the parties known to be presently represented have met and conferred regarding defendants' acceptance of service of the summons and complaints, as well as a schedule for the designation of an operative complaint or the filing and service of a consolidated complaint and defendants' responses thereto.

- 1 -

1239237_1

THEREFORE, IT IS STIPULATED AND AGREED by the parties known to be presently represented, through their respective counsel of record, as follows:

1. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Wayne County Employees' Retirement System* | 1:16-cv-09855 | December 21, 2016 |
| *Donatello v. Fulgoni* | 1:17-cv-01245 | February 17, 2017 |

2. Every pleading filed in this consolidated action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re COMSCORE, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Civil Action No. 1:16-cv-09855<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3. If a case which properly belongs as part of *In re comScore, Inc. Shareholder Derivative Litigation*, Civil Action No. 1:16-cv-09855, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of lead counsel in calling to the attention of the Clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the consolidated action, and lead counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

4. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

-2-

1239237_1

5. This Order shall apply to any shareholder derivative action on behalf of nominal defendant comScore, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

6. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

## I. APPOINTMENT OF LEAD COUNSEL FOR PLAINTIFFS

7. Robbins Geller Rudman & Dowd LLP shall serve as lead counsel for plaintiffs in the Actions. Lead counsel shall have authority to speak for plaintiffs in matters regarding pre-trial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Actions and to avoid duplicative or unproductive efforts.

8. Defendants known to be presently represented take no position as to the appointment of lead counsel for plaintiffs in the Actions.

9. Defendants' counsel may rely upon all agreements made with plaintiffs' lead counsel, and such agreements shall be binding on all plaintiffs.

## II. ACCEPTANCE OF SERVICE

10. To the extent service has not been accepted, counsel for defendants and nominal defendant shall accept service of the summons and complaint within five business days after entry of this Order.

## III. SCHEDULE

11. Plaintiffs shall have forty five (45) [30] days after entry of the Order accompanying this Stipulation to file and serve a consolidated complaint or designate an existing complaint. The consolidated complaint or designated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

12. Defendants and nominal defendant comScore shall have thirty (30) days from the filing of the operative complaint to respond.

13. In the event that any defendant and/or nominal defendant files a motion to dismiss in response to the operative complaint, plaintiffs shall have thirty (30) days to file and serve their opposition to the motion(s). Defendants and nominal defendant comScore shall have fifteen (15) days to file and serve reply memoranda, if any.

14. All motions shall be noticed in accordance with the Civil Local Rules, unless otherwise ordered by the Court.

DATED: March 3, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
BENNY C. GOODMAN III
ERIK W. LUEDEKE

ERIK W. LUEDEKE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*So ordered.*
*[signed] John G. Koeltl*
*U.S.D.J.*
*4/24/17*

- 4 -

1239237_1

Attorneys for Plaintiff Wayne County Employees' Retirement System

DATED: March 3, 2017

BERNSTEIN LIEBHARD LLP
JOSEPH R. SEIDMAN, JR.

*/s/ Joseph Seidman* w/p 4wd

JOSEPH R. SEIDMAN, JR.

10 East 40th Street
New York, NY 10016
Telephone: 212/779-1414
212/779-3218 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JAMES M. FICARO
JONATHAN M. ZIMMERMAN
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

Counsel for Plaintiff Michael C. Donatello

DATED: March 3, 2017

JONES DAY
ROBERT C. MICHELETTO
NINA YADAVA

*/s/ Robert Micheletto* w/p 4wd

ROBERT C. MICHELETTO

250 Vesey Street
New York, NY 10281
Telephone: 212/326-3939
212/755-7306 (fax)

Counsel for Nominal Defendant comScore, Inc. and, for purposes of this stipulation only, Defendants Gian M. Fulgoni, William J. Henderson, Russell Fradin, Ronald J. Korn, Jeffrey Ganek, and William Katz

- 5 -

DATED: March 3, 2017                SPEARS & IMES LLP
                                    JOANNA C. HENDON
                                    JONATHAN FAYER

                                    _____ w/p EWX
                                    JOANNA C. HENDON

                                    51 Madison Avenue
                                    New York, NY 10010
                                    Telephone: 212/213-6996
                                    212/213-0849 (fax)

                                    Counsel for Defendant Kenneth J. Tarpey

DATED: March 3, 2017                HOGAN LOVELLS LLP
                                    DOUGLAS B. PAUL (*PRO HAC VICE TO BE FILED*)
                                    MICHAEL KELLY

                                    _____ w/p qwd
                                    MICHAEL KELLY

                                    555 Thirteenth Street, NW
                                    Washington, DC 20004
                                    Telephone: 202/637-5600
                                    202/637-5910 (fax)

                                    Counsel for Defendant Melvin F. Wesley III

DATED: March 3, 2017                SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                    SCOTT D. MUSOFF
                                    PAUL J. LOCKWOOD

                                    _____ w/p cwd
                                    SCOTT D. MUSOFF

                                    Four Times Square
                                    New York, New York 10036
                                    Telephone: 212/735-3000
                                    202/393-5760 (fax)

- 6 -

|  |  |
|---|---|
|  | Counsel for Defendants William P. Livek and David I. Chemerow |
| DATED: March 3, 2017 | STEPTOE & JOHNSON LLP<br>CHRISTOPHER R. CONTE (*PRO HAC VICE TO BE FILED*)<br>JENNIFER QUINN-BARABANOV (*PRO HAC VICE TO BE FILED*)<br>MICHAEL A. KEOUGH<br><br>*o/p gwd*<br><br>_____<br>JENNIFER QUINN-BARABANOV<br><br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: 202/429-8027<br>202/429-3902 (fax)<br><br>Counsel for Defendant Serge Matta |
| DATED: March 3, 2017 | WILLIAMS & CONNOLLY LLP<br>KEVIN M. DOWNEY (*PRO HAC VICE TO BE FILED*)<br>JOHN S. WILLIAMS<br><br>*o/p gwd*<br><br>_____<br>JOHN S. WILLIAMS<br><br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202/424-5646<br>202/434-5029 (fax)<br><br>Counsel for Defendant Magid M. Abraham |

-7-

1239237_1

| | |
|---|---|
| DATED: March 3, 2017 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>GEORGE S. CANELLOS<br><br>*/s/ George Canellos* w/p ewd<br>_____<br>GEORGE S. CANELLOS<br><br>28 Liberty Street<br>New York, NY 10005<br>Telephone: 212/530-5792<br>212/530-5219 (fax)<br><br>Counsel for Defendants William E. Engel and Brent D. Rosenthal |
| DATED: March 3, 2017 | CALFEE, HALTER & GRISWOLD LLP<br>MITCHELL BLAIR (*PRO HAC VICE TO BE FILED*)<br>DAVID BULES (*PRO HAC VICE TO BE FILED*)<br><br>*/s/ David Bules* w/p ewd<br>_____<br>DAVID BULES<br><br>2800 First Financial Center<br>255 East Fifth Street<br>Cincinnati, OH 45202<br>Telephone: 513/693-4868<br>513/842-7028 (fax)<br><br>Counsel for Defendant Joan M. Lewis |
| DATED: March 3, 2017 | WEIL, GOTSHAL & MANGES LLP<br>IRWIN H. WARREN<br>DAVID P. BYEFF<br><br>*/s/ Irwin Warren* w/p ewd<br>_____<br>IRWIN H. WARREN<br><br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: 212/310-8000<br>212/310-8007 (fax)<br><br>Counsel for Defendant Patricia A. Gottesman |
| **SO ORDERED:**<br><br>_____<br>**U.S.D.J.** | |

JS

- 8 -

1239237_1

## CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the submission of this document from the signatories to this document.

Dated: March 3, 2017            By: _____
                                    ERIK W. LUEDEKE

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I submitted the attached documents to the Clerk of the Court at judgments@nysd.uscourts.gov and I hereby certify that the parties on the attached service lists were emailed the foregoing documents concurrently.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 3, 2017.

MICHELE WALLBRETT
PARALEGAL

ROBBINS GELLER RUDMAN
& DOWD
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (fax)

E-mail: michelew@rgrdlaw.com

SDNY CM/ECF Version 6.1.1-                                                        Page 1 of 1

# Mailing Information for a Case 1:16-cv-09855-JGK Wayne County Employees' Retirement System v. Fulgoni et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bennyg@rgrdlaw.com

- **Erik W. Luedeke**
  eluedeke@rgrdlaw.com

- **Robert C. Micheletto**
  rmicheletto@jonesday.com,rwestrom@jonesday.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nidhi Yadava**
  nyadava@jonesday.com,rwestrom@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

SDNY CM/ECF Version 6.1.1- Page 1 of 1

# Mailing Information for a Case 1:17-cv-01245-UA Donatello v. Gian et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert C. Micheletto**
  rmicheletto@jonesday.com,rwestrom@jonesday.com

- **Joseph R. Seidman**
  seidman@bernlieb.com

- **Nidhi Yadava**
  nyadava@jonesday.com,rwestrom@jonesday.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)