UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re COMSCORE, INC. SHAREHOLDER        :   Civil Action No. 1:16-cv-09855-JGK
DERIVATIVE LITIGATION                    :
                                         :   [~~PROPOSED~~] JUDGMENT
----------------------------------------  :
                                         :
This Document Relates To:                :
                                         :
    ALL ACTIONS.                         :
                                         :
---------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2018

1425854_2

Plaintiffs, having moved for final approval of the derivative settlement set forth in the Stipulation of Settlement, dated January 31, 2018, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on _June 7_, 2018, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED:**

1. This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated _June 7_, 2018; and

2. That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated _June 7_, 2018, Plaintiffs' Motion for Final Approval of the Derivative Settlement is granted; accordingly, this case, and all related cases, are closed.

Dated: New York, NY

_June 7_, 2018

BY: _[signature]_
THE HONORABLE JOHN G. KOELTL